THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARCLAYS BANK DELAWARE, | CASE NO. C17-0129-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MATT ROSENCRANS, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendants were directed to correct two deficiencies with their notice of removal by March 2, 2017. (*See* Dkt. No. 3.) The deficiencies have yet to be corrected. Therefore, the Court ORDERS Defendants to show cause why this matter should not be dismissed for failure to correct the deficiencies. Defendants must file a response on or before March 27, 2017.

DATED this 13th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0129-JCC
PAGE - 1