THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BARCLAYS BANK DELAWARE, | CASE NO. C17-0129-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MATT ROSENCRANS, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court ordered Defendants to show cause by March 27, 2017 why their notice of removal deficiencies had not been corrected. (Dkt. No. 4.) Defendants never responded. Therefore, this matter is REMANDED back to King County Superior Court where it was originally filed. The Clerk is directed to CLOSE the case.

DATED this 31st day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0129-JCC
PAGE - 1